IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID M. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0091-WS-M |
| | ) |
| GEORGE MAY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Orders entered on this date and on May 22, 2013, it is **ordered, adjudged and decreed** that plaintiff's claims against defendant George May are **dismissed with prejudice** and that his claims against defendant Joe Carl Jordan are **dismissed without prejudice**. The Clerk's Office is directed to close this file for administrative and statistical purposes.

DONE and ORDERED this 25th day of July, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE